**Order entered November 10, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00490-CR
No. 05-14-00491-CR
No. 05-14-00492-CR
No. 05-14-00493-CR

**JIMIL BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-33944-M, F10-33945-M, F12-33914-M, F12-34048-M**

## ORDER

The Court **GRANTS** appellant's October 31, 2014 second extension of time to file his brief to the extent that we **ORDER** appellant to file, by **DECEMBER 5, 2014** either appellant's brief or a motion to dismiss the appeals that complies with Texas Rules of Appellate Procedure 42.2(a). No further extensions will be granted. If the Court does not receive either the brief or motion to dismiss by the date specified, we will order the trial court to conduct a hearing regarding the status of the brief.

/s/     LANA MYERS
        JUSTICE